Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtors name and the case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtors name | Seisenbacher Inc. |
|----|----|----|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **First Last**<br>**Seisenbacher Rail Interiors** |
|----|----|----|

| 3. | Debtors federal Employer Identification Number (EIN) | 37-1801744 |
|----|----|----|

| 4. | Debtors address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|----|----|----|----|
| | | **175 Humboldt St Ste 250 Rochester, NY 14** | **175 Humboldt St**<br>**Ste 250**<br>**Rochester, NY 14610-1058** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Monroe** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | **175 Humboldt St Ste 250 Rochester, NY 14610-1058** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|----|----|----|

| 6. | Type of debtor | ▪ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|----|----|----|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

❑ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes,

    3323

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

❑ Chapter 7

❑ Chapter 9

■ Chapter 11. *Check all that apply.*

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

❑ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

❑ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17.** Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 19, 2021__
                MM / DD / YYYY

*X* **Is/ Andrew Callahan** _____       **Andrew Callahan** _____
Signature of authorized representative of debtor       Printed name

Title   **Chief Executive Officer** _____

**18.  Signature of attorney**  *X* **Is/ Christopher Desiderio** _____    Date **January 19, 2021** _____
              Signature of attorney for debtor                 MM / DD / YYYY

              **Christopher Desiderio** _____
              Printed name

              **Nixon Peabody LLP** _____
              Firm name

              **437 Madison Ave**
              **New York, NY 10022-7001** _____
              Number, Street, City, State & ZIP Code

              Contact phone _____    Email address  **cdesiderio@nixonpeabody.com** _____

              **1181007** _____
              Bar number and State

Fill in this information to identify the case:

Debtor name **Seisenbacher Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
the debtor's name and case number (if known).

**Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2020** to **12/31/2020** | ▪ Operating a business<br>▪ Other **Scrap Metal** | **$5,427,019.59** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ▪ Operating a business<br>▪ Other **Scrap Metal, NYS Tax Refund** | **$5,662,619.99** |
| **For the fiscal year:** From **1/01/2018** to **12/31/2018** | ▪ Operating a business<br>▪ Other **Scrap Metal, NYS Tax Refund** | **$1,912,248.05** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and
   royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ▪ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this
   case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years
   after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Creditors Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

3.1.   **Advanced Laser Services**          11/05/2020          $7,560.06

**0** Secured debt
☐ Unsecured loan repayments
· Suppliers or vendors
☐ Services
☐ Other

3.2.   **Cameron Manufacturing & Design**          11/13/2020          $14,876.89
       **PO Box 478**
       **Horseheads, NY 14845-0478**

**0** Secured debt
☐ Unsecured loan repayments
· Suppliers or vendors
☐ Services
☐ Other

3.3.   **Excellus Health Plan - Group**          11/3/2020,          $25,077.92
                                                 12/02/2020

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
· Services
☐ Other

3.4.   **Humboldt St. Properties**          10/19/20,          $41,598.01
       **175 Humboldt St Ste 200**          11/9/20,
       **Rochester, NY 14610-1061**          11/16/20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
· Other   **Rent/Utilities**

3.5.   **Intech Funding Corp.**          11/16/20,          $20,462.00
                                         12/14/20,
                                         1/7/21

☐ Secured debt
· Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.6.   **Performance Powder Coating**          11/10/2020,          $7,003.91
       **5085 Route 353**          12/03/2020
       **Salamanca, NY 14779-9782**

☐ Secured debt
☐ Unsecured loan repayments
· Suppliers or vendors
☐ Services
☐ Other

3.7.   **RGE**          10/21/20,          $11,651.72
       **PO Box 847813**          11/19/20,
       **Boston, MA 02284-7813**          12/18/20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
· Services
☐ Other

3.8.   Epi**q**          12/21/20          $15,000.00

**0** Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
· Services
☐ Other

| Creditors Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.   **Nixon Peabody LLP** | **11/19/20, 12/30/20** | **$86,240.00** | **0**   Secured debt<br>**0**   Unsecured loan repayments<br>0 Suppliers or vendors<br>·   Services<br>0 Other |
| 3.10   **Virtas** | **10/19/20, 11/3/20** | **$20,000.00** | 0 Secured debt<br>0 Unsecured loan repayments<br>0 Suppliers or vendors<br>·   Services<br>0 Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

0 None.

| Insiders name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Andrew Callahan**<br><br>     **Chief Executive Officer** | | **$158,083.59** | **Salary and Expense Reimbursements** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

·   None

| Creditors name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

·   None

| Creditors name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

0 None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Richards Sheet Metal, Inc. v. Seisenbacher, Inc.; Seisenbacher Rail Interiors, and Does 1-2**<br>     **200906120** | **Contract dispute** | **State of Utah, Weber County 2nd District** | ·   Pending<br>0   On appeal<br>0   Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Innovative Data Processing Solutions, Ltd. vs. Seisenbacher Inc.**<br>**E2020006810** | **Collection Action** | **State of NY Supreme Court, Monroe County**<br>**99 Exchange Blvd**<br>**Rochester, NY 14614-2112** | ⬚ Pending<br>⬚ On appeal<br>■ Concluded |
| 7.3. | **Patcar LLC DBA Remedy Intellegent Staffing**<br>**CC-002999-20/RO** | **Notice of Claim** | **State of NY Rochester City Civil Divisio**<br>**99 Exchange Blvd Rm 6**<br>**Rochester, NY 14614-2127** | ■ Pending<br>⬚ On appeal<br>⬚ Concluded |
| 7.4. | **Contract with JK Executive Strategies, LLC** | **Overdue Invoices** | **Pullano & Farrow PLLC**<br>**69 Cascade Dr Ste 307**<br>**Rochester, NY 14614-1114** | ■ Pending<br>⬚ On appeal<br>⬚ Concluded |
| 7.5. | **Van Hook Service Co., Inc. v. Seisenbacher Inc.** | **Overdue Invoices** | **State of NY Supreme Court - Mon roe**<br>**99 Exchange Blvd Rm 545**<br>**Rochester, NY 14614-2127** | ■ Pending<br>⬚ On appeal<br>⬚ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule NB: Assets - Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

⬚ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Nixon Peabody LLP** **1300 Clinton Sq** **Rochester, NY 14604-1707** | 0.00 | **01/31/2020** | **$10,066.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Virtas Partners** **205 N Michigan Ave Ste 2600** **Chicago, IL 60601-5943** | | **09/02/2020** | **$95,012.96** |
| | **Email or website address** **www.virtaspartners.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Epiq** **777 3rd Ave Fl 12** **New York, NY 10017-1302** | | | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Nixon Peabody LLP** **1300 Clinton Sq** **Rochester, NY 14604-1707** | | **11/20/2020** | **$1,240.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Nixon Peabody LLP** **1300 Clinton Sq** **Rochester, NY 14604-1707** | | **12/17/2020** | **$60,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

- None.

Case 2-21-20022    Doc 1    Filed 01/19/21    Entered 01/19/21 18:36:26, Description: Main Document , Page 10 of 53

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12121 Wilshire Blvd Ste 525 Los Angeles, CA 90025-1176** | **08/2016 - 05/2017** |

**Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
❑ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

❑ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

❑ No Go to Part 10.

■ Yes. Fill in below:

Name of plan
**Seisenbacher Inc. 401k PSP & Trust**

Employer identification number of the plan
EIN: **371801744**

Has the plan been terminated?

■ No
❑ Yes

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

▪ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

▪ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

▢ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **CHThompson**<br>**69-93 Eldredge St**<br>**Binghamton, NY 13901** | | **Raw materials and work in progress** | ▢ No<br>▪ Yes |
| **Twisted Metal**<br>**1645 Lyell Ave # 154**<br>**Rochester, NY 14606-2331** | | **Raw materials and work in progress** | ❑ No<br>▪ Yes |

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

▪ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

■   No.
❑   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
❑   Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
■   Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■   None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ❑   None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Lisa Testa**<br>**85 Applewood Dr**<br>**Rochester, NY 14612-3543** | **10/2016 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑   None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Mengel Metzger Barr & Co. LLP**<br>**100 Chestnut St Ste 1200**<br>**Rochester, NY 14604-2412** | **10/2016 - 01/2020** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Gray Locey, CPA, P.C.**<br>**140 Aliens Creek Rd Ste 1**<br>**Rochester, NY 14618-3307** | **01/2020 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

⬜ None

| Name and address | | If any books of account and records are unavailable, explain why |

26c.1. **Lisa Testa**
**85 Applewood Dr**
**Rochester, NY 14612-3543**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

⬜ None

**Name and address**

26d.1. **M&T Bank**
**180 S Clinton Ave**
**Rochester, NY 14604-1825**

26d.2. **Canandaguia National Bank**
**1150 Pittsford Victor Rd**
**Pittsford, NY 14534-3838**

26d.3. **Rochester Economic Development Corp (RED**
**1 Main St**
**Pittsford, NY 14534**

26d.4. **Sallyport Financial**
**1177 Avenue of the Americas Fl 5**
**New York, NY 10036-2714**

26d.5. **Shield Funding**
**2 W 46th St # 204**
**New York, NY 10036-4811**

26d.6. **Stadler USA**
**5880 S 150 W**
**Salt Lake City, UT 84107-5900**

26d.7. **Alstom**
**1 Transit Dr**
**Hornell, NY 14843-2268**

26d.8. **CHT**
**69-93 Eldredge St**
**Binghamton, NY 13901**

26d.9. **Airworthy**
**1560 S Harris Ct**
**Anaheim, CA 92806-5931**

26d.10. **Jack Rose / investor**
**733 3rd Ave**
**New York, NY 10017-3204**

26d.11. **Virtas Financial Advisors**
**205 N Michigan Ave Ste 2600**
**Chicago, IL 60601-5943**

26d.12. **Change Capital**
**600 Madison Ave Fl 18**
**New York, NY 10022-1615**

26d.13. **SG Credit partners**
**7225 Langtry St**
**Houston, TX 77040-6665**

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

**Name and address**

26d.14.    **Amerisource Business Capital**
           **7225 Langtry St**
           **Houston, TX 77040-6665**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

☒    Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Dan Kane SE US** | **11/18/2020** | **$400,000.00** |

Name and address of the person who has possession of inventory records

**Alstom Transfer**

| | | Date of inventory | The dollar amount and basis |
|---|---|---|---|
| 27.2 | **Dane Kane SE US Georg Malleier SE AT** | **08/31/2020** | **$500,000.00** |

Name and address of the person who has possession of inventory records

**Stadler Transfer**

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | 'Yo of interest, if any |
|---|---|---|---|
| **Werner Pumhosel** | **Seisenbacher GmbH**<br>**Schwarzenberg, Austria  82334-1** | **Managing Director** | **100** |

| Name | Address | Position and nature of any interest | °A of interest, if any |
|---|---|---|---|
| **Andrew Callahan** | **9 Lockwood Dr**<br>**Pittsford, NY 14534-3744** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ken Biggins** | | **Previous CEO** | |

| Name | Address | Position and nature of any interest | °A of interest, if any |
|---|---|---|---|
| **Werner Kollment** | | **Interim CEO** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒    No

☐    Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See Response to Part 2 No. 4 | | | |

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the parent corporation

**American Funds**                                EIN:      371801744

---

**Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in *this Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 19, 2021**

**/s/ Andrew Callahan** _____        **Andrew Callahan** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description: Main Document , Page 16 of 53

Debtor name  **Seisenbacher Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

▪ *Schedule A/B: Assets—Real and Personal* Property(Official Form 206A/B)

. *Schedule D: Creditors Who Have Claims Secured by* Property(Official Form 206D)

. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

▪ *Schedule G: Executory Contracts and Unexpired* Leases(Official Form 206G)

▪ *Schedule H: Codebtors* (Official Form 206H)

▪ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

Amended *Schedule* _____

. *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 19, 2021**       X  **/s/ Andrew Callahan**    .
Signature of individual signing on behalf of debtor

**Andrew Callahan**
Printed name

**Chief Executive Officer**    .
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name  **Seisenbacher Inc.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airgas USA, LLC 77 Deep Rock Rd Rochester, NY 14624-3519** | | | | | | **$34,358.00** |
| **C&M Forwarding Co., Inc. 457 Union St North Chili, NY 14514** | | | | | | **$82,406.50** |
| **Cameron Manufacturing & Design PO Box 478 Horseheads, NY 14845-0478** | | | | | | **$185,487.91** |
| **CH Thompson Finishing 349 Industrial Park Dr Binghamton, NY 13904-3200** | | | | | | **$40,159.28** |
| **City of Rochester City Hall 30 Church St Rm 5A Rochester, NY 14614-1290** | | | **Contingent Unliquidated Disputed** | | | **$150,000.00** |
| **D2 Fabrication Services Inc. 570 Growski Street Fergus, Ontario Canada   N1M 2-E6** | | | | | | **$62,183.40** |
| **Emka 1961 Fulling Mill Rd Middletown, PA 17057-3125** | | | | | | **$37,133.75** |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,    Doc 1,    Filed 01/19/21,   Entered 01/19/21 18:36:26, Description: Main Document , Page 18 of 53

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Extruded Aluminum Corporation Dept. #39301 PO Box 74007328 Chicago, IL 60674-7328 | | | | | | $101,521.58 |
| Hazlow Electronics 49 Saint Bridgets Dr Rochester, NY 14605-1838 | | | | | | $110,392.36 |
| Hydro Extrusion, USA, LLC PO Box 2310 Carol Stream, IL 60132-2310 | | | | | | $39,190.47 |
| Infor (US), Inc. NW 7418 PO Box 1450 Minneapolis, MN 55485-1450 | | | | | | $41,702.36 |
| JK Executive Strategies, LLC 132 Aliens Creek Rd Ste 205 Rochester, NY 14618-3310 | | | | | | $47,300.00 |
| Nixon Peabody LLP PO Box 28012 New York, NY 10087-8012 | | | | | | $31,504.00 |
| Pinta Foamtec, Inc. 2601 49th Ave N Ste 400 Minneapolis, MN 55430-3765 | | | | | | $50,647.16 |
| Richards Sheet Metal Works 2680 Industrial Dr Ogden, UT 84401-3206 | | | | | | $56,448.00 |
| Samuel, Son & Co. Inc. 24784 Network Pl Chicago, IL 60673-1247 | | | | | | $63,243.43 |
| Seisenbacher GmbH | | | | | | $57,711.41 |

| Debtor | Seisenbacher Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Strobels Supply, Inc.** <br> **40 Shawmut Industrial Park** <br> **Hornell, NY 14843-1266** | **Kevin Conklin** <br> **kconklin@strobels supply.com** | | | | | **$31,085.23** |
| **TDG Transit Design Group Intl.** <br> **400-3780 Commerce Ct** <br> **North Tonawanda, NY 14120** | | | | | | **$37,018.66** |
| **Yarde Metals, Inc.** <br> **PO Box 781227** <br> **Philadelphia, PA 19178-1227** | | | | | | **$96,478.14** |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Debtor name   **Seisenbacher Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known)

❑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtors own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ❑ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of
   debtors interest

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Canandaigua National Bank & Trust** | **Checking** | **1161** | **$366,180.68** |
| 3.2. | **M&T Bank** | **Checking** | **9040** | **$-92.13** |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$366,088.55**

### Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ❑ Yes Fill in the information below.

### Accounts receivable

10. Does the debtor have any accounts receivable?

   ❑ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   Accounts receivable

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 21 of 53

| Debtor | **Seisenbacher Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **11a.** 90 days old or less: | **124,817.36** | - | **0.00** | = | **$124,817.36** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| **11**a. 90 days old or less: | **6,230.82** | - | **0.00** | | **$6,230.82** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **24,534.83** | - | **0.00** | | **$24,534.83** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **-98,425.49** | - | **0.00** | | **$-98,425.49** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **37,558.99** | - | **0.00** | | **$37,558.99** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **-10,985.98** | - | **0.00** | =.... | **$-10,985.98** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**

Current value on lines 11a + llb = line 12.  Copy the total to line 82.

| |
|---|
| **$83,730.53** |

**Investments**

**13.Does the debtor own any investments?**

▪ No. Go to Part 5.

☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

▪ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtors interest (Where available) | Valuation method used for current value | Current value of debtors interest |
|---|---|---|---|---|
| **19.**    **Raw materials** | | | | |
| **20.**    **Work in progress** **Work in** Progress **Inventory** | | **unknown** | | **unknown** |

**3.**    **Finished goods, including goods held for resale**

4.    **Other inventory or supplies**

**5.**    **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| **$0.00** |

24.    **Is any of the property listed in Part 5 perishable?**

     ■ **No**

     1:1 Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ■ **No**

     1:1 Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ■ **No**

     ❏ Yes

          **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     · No. Go to Part 7.

     ❏ Yes Fill in the information below.

          **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No. Go to Part 8.

     ❏ Yes Fill in the information below.

          **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No. Go to Part 9.

     ❏ Yes Fill in the information below.

          **Real property**

54. **Does the debtor own or lease any real property?**

     ■ No. Go to Part 10.

     ❏ Yes Fill in the information below.

          **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No. Go to Part 11.

     ❏ Yes Fill in the information below.

          **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ❏ No. Go to Part 12.

     ■ Yes Fill in the information below.

                                        **Current value of**
                                        **debtors interest**

71.    **Notes receivable**
     Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$40,239.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

▪ No

◻ Yes

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**
Type of property

|  |  | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $366,088.55 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $83,730.53 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $40,239.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $490,058.08 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $490,058.08 |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com
Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 25 of 53

◻ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtors property?

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ◻ Yes. Fill in all of the information below.

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Debtor name **Seisenbacher Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

|   | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

- No. Go to Part 2.

☐ Yes. Go to line 2.

|   | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $4,987.82 |
|---|---|---|---|
| | **3G Packaging** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 17839 | ☐ Disputed | |
| | Rochester, NY 14617-0839 | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim **is:** *Check all that apply.* | $10,509.55 |
|---|---|---|---|
| | **A&M Precise Technologies, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2 Holmes Rd | ☐ Disputed | |
| | Rochester, NY 14626-3647 | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim **is:** *Check all that apply.* | $1,423.44 |
|---|---|---|---|
| | **A-Verdi LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 14150 Route 31 | ☐ Disputed | |
| | Savannah, NY 13146 | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,866.64 |
|---|---|---|---|
| | **Abrasive-Tool Corp.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 1555 Emerson St | ☐ Disputed | |
| | Rochester, NY 14606-3117 | | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **ISEN** | Is the claim subject to offset? • No ☐ Yes | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com          G14567

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|-----|--------------------------------------------------|------------------------------------------------------------------|---------------|
| | Accu-Bend Technologies, Inc. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 41 Saginaw Dr | ☐ Disputed | |
| | Rochester, NY 14623-3131 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?    No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$13,097.16** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|----------------|
| | Agilant Solutions, Inc. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 824780 | ☐ Disputed | |
| | Philadelphia, PA 19182-4780 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number   **3361** | Is the claim subject to offset?    No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,358.00** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|
| | Airgas USA, LLC | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 77 Deep Rock Rd | ☐ Disputed | |
| | Rochester, NY 14624-3519 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number   **2185** | Is the claim subject to offset?    No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,915.64** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|
| | Amada America, Inc. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 53063 | ☐ Disputed | |
| | Atlanta, GA 30355 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?    No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$594.51** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|-------------|
| | AMCO | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 18 Avenue des Bethunes | ☐ Disputed | |
| | Saint-Ouen-L'Aumo | | |
| |   95310- | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?    No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,193.00** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------------|
| | American Stainless Corp. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 1374 Clinton St | ☐ Disputed | |
| | Buffalo, NY 14206-2917 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number   **rinc** | Is the claim subject to offset?    No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$4,020.38** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|
| | American's Business Express, Inc. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 754 | ☐ Disputed | |
| | Binghamton, NY 13902-0754 | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?    No ☐ Yes | |

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 28 of 53

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$928.80** |
|---|---|---|---|

**Artik/OEM**

560 B Finley Ave.
Ajax, Ontario Canada   L1 S 2-E3

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,463.00** |
|---|---|---|---|

**B-Quick Services**

19331 SW 90th Lane Rd
Dunnellon, FL 34432-7700

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,346.00** |
|---|---|---|---|

**Bluco Corporation**

1510 Frontenac Rd
Naperville, IL 60563-1755

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$407.09** |
|---|---|---|---|

**Bossard North America, Inc.**

6521 Production Dr
Cedar Falls, IA 50613-7433

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Bowe Electric**

1139 Highland Ave
Rochester, NY 14620-1869

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$3,772.00** |
|---|---|---|---|

**Bradley Supply**

25 Transit Dr
Hornell, NY 14843-2268

Date(s) debt was incurred

Last 4 digits of account number   **4960**

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,634.14** |
|---|---|---|---|

**Buddy Bar Casting Corporatoin**

10801 Sessler St
South Gate, CA 90280-7222

Date(s) debt was incurred

Last 4 digits of account number

❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ❏  Yes ❏

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,055.00 |
|---|---|---|---|

**Buffalo Materials Handling**

125 Taylor Dr
Depew, NY 14043-2014

**Date(s) debt was incurred**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $133.10 |
|---|---|---|---|

**Buffalo Transport Company, Inc.**

21 Lasalle Ave
Buffalo, NY 14214-1414

**Date(s) debt was incurred**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,406.50 |
|---|---|---|---|

**C&M Forwarding Co., Inc.**

457 Union St
North Chili, NY 14514

**Date(s) debt was incurred**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,917.51 |
|---|---|---|---|

**Camalloy**

PO Box 248
Washington, PA 15301-0248

**Date(s) debt was incurred**

**Last 4 digits of account number** __2311__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,487.91 |
|---|---|---|---|

**Cameron Manufacturing & Design**

PO Box 478
Horseheads, NY 14845-0478

**Date(s) debt was incurred**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.88 |
|---|---|---|---|

**Casella**

**Date(s) debt was incurred**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,452.99 |
|---|---|---|---|

**CC Precision Coatings**

282 Hollenbeck St
Rochester, NY 14621-3235

**Date(s) debt was incurred**

**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,604.37 |
|---|---|---|---|

**CH Robinson Worldwide, Inc.**

PO Box 9121
Minneapolis, MN 55480

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number  __7928__

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $40,159.28 |
|---|---|---|---|

**CH Thompson Finishing**

349 Industrial Park Dr
Binghamton, NY 13904-3200

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number  __559__

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,049.00 |
|---|---|---|---|

**Chubb**

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**City of Rochester**
**City Hall**
30 Church St Rm 5A
Rochester, NY 14614-1290

· Contingent
· Unliquidated
· Disputed

Date(s) debt was incurred

Basis for the claim: __Grant__

Last 4 digits of account number

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.00 |
|---|---|---|---|

**Colacino Industries Inc.**

126 Harrison St
Newark, NY 14513-1200

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,945.00 |
|---|---|---|---|

**Craig 0 Machine Tool Support**

4641 Ransom Rd
Clarence, NY 14031-2109

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ❑  Yes ❑

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.64 |
|---|---|---|---|

**Crystal Rock, LLC**

❑ Contingent
❑ Unliquidated
❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ❑  Yes ❑

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,623.55** |
|---|---|---|---|
| | **Custom Laser Inc.** | I:Contingent | |
| | | ☐ Unliquidated | |
| | **6747 Akron Rd** | ☐ Disputed | |
| | **Lockport, NY 14094-5316** | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$0.80** |
|---|---|---|---|
| | **D.B. Roberts Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred | ☐ Disputed | |
| | Last 4 digits of account number | **Basis for the claim:** | |
| | | Is the claim subject to offset?   No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,183.40** |
|---|---|---|---|
| | **D2 Fabrication Services Inc.** | I:Contingent | |
| | | ☐ Unliquidated | |
| | **570 Growski Street** | ☐ Disputed | |
| | **Fergus, Ontario Canada   N1M 2-E6** | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.00** |
|---|---|---|---|
| | **Dimar Manufacturing** | I:Contingent | |
| | | ☐ Unliquidated | |
| | **10123 Main St** | ☐ Disputed | |
| | **Clarence, NY 14031-2164** | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$429.20** |
|---|---|---|---|
| | **Dival Safety Equipment, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1721 Niagara St** | ☐ Disputed | |
| | **Buffalo, NY 14207-3108** | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number   _8594_ | Is the claim subject to offset?   No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.30** |
|---|---|---|---|
| | **E.J. Industries Ltd.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred | ☐ Disputed | |
| | Last 4 digits of account number | **Basis for the claim:** | |
| | | Is the claim subject to offset?   No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,759.68** |
|---|---|---|---|
| | **Earthlink Business** | I:Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 9001013** | ☐ Disputed | |
| | **Louisville, KY 40290-1013** | | |
| | Date(s) debt was incurred | **Basis for the claim:** | |
| | Last 4 digits of account number   _8753_ | Is the claim subject to offset?   No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,825.00 |
|---|---|---|---|

**Elite Turning & Machine**

42 Marway Cir
Rochester, NY 14624-2321

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?   No ❑ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,325.55 |
|---|---|---|---|

**Ellsworth Adhesives**

PO Box 88207
Milwaukee, WI 53288-8207

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   **7660**

Is the claim subject to offset?   No ❑ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,133.75 |
|---|---|---|---|

**Emka**

1961 Fulling Mill Rd
Middletown, PA 17057-3125

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   **7764**

Is the claim subject to offset?   No ❑ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,530.34 |
|---|---|---|---|

**Emmegi USA**

20 Murray Hill Pkwy Ste 120
East Rutherford, NJ 07073-2183

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   **2189**

Is the claim subject to offset?   No ❑ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,845.90 |
|---|---|---|---|

**EMP Technology LTD**

2218 N Hunan Rd Ste W-2010
Centreville, VA 20120

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?   No ❑ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $101,521.58 |
|---|---|---|---|

**Extruded Aluminum Corporation**
Dept. #39301
PO Box 74007328
Chicago, IL 60674-7328

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   **6414**

Is the claim subject to offset?   No ❑ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,629.02 |
|---|---|---|---|

**F&E Technologiebroker Bremen GmbH**

Wiener Strabe 12
Bremen, Germany   28359-

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?   No ❑ Yes

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document  , Page 33 of 53

| | |
|---|---|
| Debtor | **Seisenbacher Inc.** |
| | Name |

Case number ,Af known) _____

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$658.59** |
| | **Faiveley Transport** | **I:Contingent** |
| | | ▢ Unliquidated |
| | **72 Arizona Ave** | ▢ Disputed |
| | **Plattsburgh, NY 12903-4427** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* **$28,308.56** |
| | **Fastenal Company** | ▢ Contingent |
| | | ▢ Unliquidated |
| | **PO Box 1286** | ▢ Disputed |
| | **Winona, MN 55987-7286** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number  **1106** | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,943.63** |
| | **FedEx** | ▢ Contingent |
| | | ▢ Unliquidated |
| | **PO Box 223125** | ▢ Disputed |
| | **Pittsburgh, PA 15251-2125** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number  **4342** | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$6,600.00** |
| | **Feldman Heating & Cooling Inc.** | **I:Contingent** |
| | | ▢ Unliquidated |
| | **1776 E Main St** | ▢ Disputed |
| | **Rochester, NY 14609-7408** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$125.00** |
| | **Finger Lakes Occ Health Svcs** | **I:Contingent** |
| | | ▢ Unliquidated |
| | **400 White Spruce Blvd Ste B** | ▢ Disputed |
| | **Rochester, NY 14623-1619** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* **$1,587.16** |
| | **Forbes Precision Inc.** | ▢ Contingent |
| | | ▢ Unliquidated |
| | **100 Boxart St Ste 105** | ▢ Disputed |
| | **Rochester, NY 14612-5658** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ▢ Yes |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$7,100.00** |
| | **General Plating LLC** | ▢ Contingent |
| | | ▢ Unliquidated |
| | **850 Saint Paul St** | ▢ Disputed |
| | **Rochester, NY 14605-1065** | |
| | Date(s) debt was incurred | **Basis for the claim:** |
| | Last 4 digits of account number | Is the claim subject to offset?   No  ▢ Yes |

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document  , Page 34 of 53

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,878.00 |
|---|---|---|---|

**Genex Precision**

1289 Kendall Rd
Kendall, NY 14476-9702

Date(s) debt was incurred

Last 4 digits of account number __

I:Contingent

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,204.87 |
|---|---|---|---|

**Grainger**

100 Grainger Pkwy
Lake Forest, IL 60045-5202

Date(s) debt was incurred

Last 4 digits of account number   **3459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.00 |
|---|---|---|---|

**H&C Tool Supply Corp.**

PO Box 11330
Rochester, NY 14611-0330

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,860.83 |
|---|---|---|---|

**H.A. Guden**

99 Raynor Ave
Ronkonkoma, NY 11749

Date(s) debt was incurred

Last 4 digits of account number   **5560**

I:Contingent

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,804.41 |
|---|---|---|---|

**Haun Welding Supply Inc.**

448 Commerce Rd
Vestal, NY 13850-2204

Date(s) debt was incurred

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,392.36 |
|---|---|---|---|

**Hazlow Electronics**

49 Saint Bridgets Dr
Rochester, NY 14605-1838

Date(s) debt was incurred

Last 4 digits of account number   **1558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.06 |
|---|---|---|---|

**Humboldt St. Properties**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No  ☐  Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,190.47 |

**Hydro Extrusion, USA, LLC**

**PO Box 2310**
**Carol Stream, IL 60132-2310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?    No ☐  Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,511.89 |

**IGP North America LLC**

**2699 Grassland Dr**
**Louisville, KY 40299-2523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   1972

Is the claim subject to offset?    No ☐  Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,702.36 |

**Infor (US), Inc.**
**NW 7418**
**PO Box 1450**
**Minneapolis, MN 55485-1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   8924

Is the claim subject to offset?    No ☐  Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,856.00 |

**Innovative Data Processing Sol**

**4545 E River Rd Ste 100**
**West Henrietta, NY 14586-9080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?    No ☐  Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.69 |

**Instant Express**

**1277 Mount Read Blvd**
**Rochester, NY 14606-2850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   1609

Is the claim subject to offset?    No ☐  Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,614.40 |

**Jamestown Container Companies**

**PO Box 8**
**Jamestown, NY 14702-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   _

Is the claim subject to offset?    No ☐  Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,300.00 |

**JK Executive Strategies, LLC**

**132 Aliens Creek Rd Ste 205**
**Rochester, NY 14618-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?    No ☐  Yes

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document  , Page 36 of 53

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,260.87 |

**Jrlon Inc.**

4344 Fox Rd
Palmyra, NY 14522-9423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ☐   Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $968.75 |

**Jud Bau-Stoffe + Systeme GmbH**

Kasernenstrasse 88a
Herisau, Switzerland   9100 -

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?   No ☐   Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,619.88 |

**Kelly Services, Inc.**

PO Box 820405
Philadelphia, PA 19182-0405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number   3301

Is the claim subject to offset?   No ☐   Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,323.48 |

**Klein Steel**

PO Box 8000
Buffalo, NY 14267-0002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ☐   Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.10 |

**Konica Minolta Business Solutions**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ☐   Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,674.72 |

**KW Express Inc.**

6100 Belding Rd
Belding, MI 48809-8503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number __

Is the claim subject to offset?   No ☐   Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,249.06 |

**LCI Industrial**

Al Country Club Rd
East Rochester, NY 14445-2257

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset?   No ☐   Yes

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**Lifetime Benefit Solutions, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                **$149.92**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** __

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Maagtechnic**

**Sonnentalstrasse 8, 8600
Dubendorf, Switzerland**

As of the petition filing date, the claim is: *Check all that apply.*                **$545.76**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number** __

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**Mahany Welding Supply**

**115 Fedex Way
Rochester, NY 14624-1176**

As of the petition filing date, the claim is: *Check all that apply.*                **$692.52**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Marshall Boxes, Inc.**

**715 Lexington Ave
Rochester, NY 14613-1807**

As of the petition filing date, the claim is: *Check all that apply.*                **$2,970.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**Mayer Paint & Hardware**

**226 Winton Rd S
Rochester, NY 14610-2956**

As of the petition filing date, the claim is: *Check all that apply.*                **$983.51**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**   **2975**

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**McMaster-Carr**

**PO Box 7690
Chicago, IL 60680-7690**

As of the petition filing date, the claim is: *Check all that apply.*                **$7,609.05**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**   **6000**

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**Midwest Fasteners, Inc.**

**450 Richard St
Miamisburg, OH 45342-1863**

As of the petition filing date, the claim is: *Check all that apply.*                **$457.50**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

Is the claim subject to offset?    No ☐ Yes

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 38 of 53

---

**3.82** | Nonpriority creditor's name and mailing address
**Miller Sandblasing & Painting Inc.**

1600 Lexington Ave Ste 103A
Rochester, NY 14606-3063

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*      **$3,110.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.83** | Nonpriority creditor's name and mailing address
**Mitchell Machine Tool LLC**

190 Murray St
Rochester, NY 14606-1126

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply*      **$20,750.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.84** | Nonpriority creditor's name and mailing address
**MJ Mechanical Services, Inc.**

95 Pirson Pkwy
Tonawanda, NY 14150-6727

Date(s) debt was incurred

Last 4 digits of account number   1382

As of the petition filing date, the claim is: *Check all that apply.*      **$720.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.85** | Nonpriority creditor's name and mailing address
**Motion Industries**

40 Hytec Cir
Rochester, NY 14606-4255

Date(s) debt was incurred

Last 4 digits of account number   9101

As of the petition filing date, the claim is: *Check all that apply.*      **$4,617.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.86** | Nonpriority creditor's name and mailing address
**NEFAB Packaging North East LLC**

PO Box 360695
Pittsburgh, PA 15251-6600

Date(s) debt was incurred

Last 4 digits of account number   0339

As of the petition filing date, the claim is: *Check all that apply.*      **$27,957.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.87** | Nonpriority creditor's name and mailing address
**Neville Manuf, Dist. & Svcs. Inc.**

2320 Clinton St
Cheektowaga, NY 14227-1735

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*      **$26,974.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

**3.88** | Nonpriority creditor's name and mailing address
**Nixon Peabody LLP**

PO Box 28012
New York, NY 10087-8012

Date(s) debt was incurred

Last 4 digits of account number   6585

As of the petition filing date, the claim is: *Check all that apply.*      **$31,504.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?    No ☐   Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,310.93 |
|---|---|---|---|

Pacor

333 Rising Sun Rd
Bordentown, NJ 08505-9611

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $4,391.20 |
|---|---|---|---|

**Performance Powder Coating**

5085 Route 353
Salamanca, NY 14779-9782

Date(s) debt was incurred
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318.80 |
|---|---|---|---|

Perlane Sales Inc.

4665 Allen Rd Ste C
Stow, OH 44224-1055

Date(s) debt was incurred
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,567.76 |
|---|---|---|---|

**Pilkington Metal Finishing**

PO Box 25657
Salt Lake City, UT 84125-0657

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,115.06 |
|---|---|---|---|

**Pilot Freight Services**

PO Box 654058
Dallas, TX 75265-4058

Date(s) debt was incurred
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,647.16 |
|---|---|---|---|

Pinta Foamtec, Inc.

2601 49th Ave N Ste 400
Minneapolis, MN 55430-3765

Date(s) debt was incurred
Last 4 digits of account number  **5722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,049.13 |
|---|---|---|---|

**Plastifab Industries Inc.**
Saint-Laurent, Quebec Canada
7777 rte Transcanadienne
H4S 1L3

Date(s) debt was incurred
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No ☐ Yes

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,  Doc 1,  Filed 01/19/21,  Entered 01/19/21 18:36:26, Description:
Main Document , Page 40 of 53

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,128.46** |
|---|---|---|---|

**Polymer Technologies Inc.**

     ☐ Contingent
     ☐ Unliquidated
**Date(s) debt was incurred**      ☐ Disputed

**Last 4 digits of account number** __      **Basis for the claim:**

Is the claim subject to offset?    No ☐   Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,948.12** |
|---|---|---|---|

**Premier Finishing**

     ☐ Contingent
**7910 Longe St**      ☐ Unliquidated
**Stockton, CA 95206-3933**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** __      Is the claim subject to offset?    No ☐   Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.60** |
|---|---|---|---|

**ProLift, Inc.**

     ☐ Contingent
**1835 Dale Rd**      ☐ Unliquidated
**Buffalo, NY 14225-4909**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number**   **7140**      Is the claim subject to offset?    No ☐   Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,772.15** |
|---|---|---|---|

**R-Options**

     ☐ Contingent
**50 Industrial Park Cir # 2**      ☐ Unliquidated
**Rochester, NY 14624-2404**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number**      Is the claim subject to offset?    No ☐   Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,539.00** |
|---|---|---|---|

**Radec Electric**

     ☐ Contingent
**100 Rockwood St**      ☐ Unliquidated
**Rochester, NY 14610-2661**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number**   **1651**      Is the claim subject to offset?    No ☐   Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,636.34** |
|---|---|---|---|

**RGE**

     ☐ Contingent
**PO Box 847813**      ☐ Unliquidated
**Boston, MA 02284-7813**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** __      Is the claim subject to offset?    No ☐   Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,448.00** |
|---|---|---|---|

**Richards Sheet Metal Works**

     ☐ Contingent
**2680 Industrial Dr**      ☐ Unliquidated
**Ogden, UT 84401-3206**      ☐ Disputed
**Date(s) debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** __      Is the claim subject to offset?    No ☐   Yes

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,410.00** |
|---|---|---|---|

**Rimkus Marciano & Assoc. Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,700.00** |
|---|---|---|---|

**Robert Half Finance & Accounting**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number   7328**

**Basis for the claim:**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,342.00** |
|---|---|---|---|

**Rochester Carting**

I:Contingent
☐ Unliquidated
☐ Disputed

**PO Box 26647**
**Rochester, NY 14626**

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | *$100.00* |
|---|---|---|---|

**Rochester Overnight Plating**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2 Cairn St**
**Rochester, NY 14611-2416**

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$100.00* |
|---|---|---|---|

**Roctester Steel Treating Works**

☐ Contingent
☐ Unliquidated
☐ Disputed

**962 E Main St**
**Rochester, NY 14605-2742**

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,455.28** |
|---|---|---|---|

**Rustin North America Inc.**

I:Contingent
☐ Unliquidated
☐ Disputed

**1034 44th Dr Fl 2**
**Long Island City, NY 11101-7001**

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number   0007**

Is the claim subject to offset?   No ☐   Yes ☐

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,243.43** |
|---|---|---|---|

**Samuel, Son & Co. Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**24784 Network Pl**
**Chicago, IL 60673-1247**

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset?   No ☐   Yes ☐

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Schrock Metal** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **13557 Bloomingdale Rd** | ☐ Disputed |
| | **Akron, NY 14001-9601** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? No ☐ Yes |

**$4,671.18**

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* |
| | **Seal & Design** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **4015 Casillio Pkwy** | ☐ Disputed |
| | **Clarence, NY 14031-2047** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number   ISEN** | Is the claim subject to offset? No ☐ Yes |

**$13,675.03**

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Seisenbacher GmbH** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? No ☐ Yes |

**$57,711.41**

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **SEKO Logistics LLC** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 71141** | ☐ Disputed |
| | **Chicago, IL 60694-1141** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number   610Z** | Is the claim subject to offset? No ☐ Yes |

**$11,287.49**

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Stirling Lubricants** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **1150 University Ave** | ☐ Disputed |
| | **Rochester, NY 14607-1647** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number   7176** | Is the claim subject to offset? No ☐ Yes |

**$1,140.03**

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Strobels Supply, Inc.** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **40 Shawmut Industrial Park** | ☐ Disputed |
| | **Hornell, NY 14843-1266** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number** | Is the claim subject to offset? No ☐ Yes |

**$31,085.23**

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Supply Technologies LLC** | ☐ Contingent |
| | **Dept 781959** | ☐ Unliquidated |
| | **PO Box 78000** | ☐ Disputed |
| | **Detroit, MI 48278-0001** | |
| | **Date(s) debt was incurred** | **Basis for the claim:** |
| | **Last 4 digits of account number   9200** | Is the claim subject to offset? No ☐ Yes |

**$295.00**

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 43 of 53

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**3.117** — Nonpriority creditor's name and mailing address

**TB Converting**

400 Thorns Dr Ste 411
Phoenixville, PA 19460-1199

Date(s) debt was incurred

Last 4 digits of account number  **0505**

As of the petition filing date, the claim is: *Check all that apply.*  **$6,399.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.118** — Nonpriority creditor's name and mailing address

**TC-Kleben GmbH**

Carlstrabe 50
Ubach-Palenberg, Germany   52531-

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply*  **$2,114.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.119** — Nonpriority creditor's name and mailing address

**TDG Transit Design Group Intl.**

400-3780 Commerce Ct
North Tonawanda, NY 14120

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$37,018.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.120** — Nonpriority creditor's name and mailing address

**Teknoware Inc.**

673 Century Cir
Conway, SC 29526-8278

Date(s) debt was incurred

Last 4 digits of account number  **A101**

As of the petition filing date, the claim is: *Check all that apply.*  **$29,738.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.121** — Nonpriority creditor's name and mailing address

**The Delivery Company**

PO Box 60505
Rochester, NY 14606-0505

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$242.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.122** — Nonpriority creditor's name and mailing address

**The Pallet Express Corp.**

1069 Lyell Ave
Rochester, NY 14606-1958

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check alt that apply*  **$1,075.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

**3.123** — Nonpriority creditor's name and mailing address

**Thruway Fasteners, Inc.**

PO Box 766
North Tonawanda, NY 14120-0766

Date(s) debt was incurred

Last 4 digits of account number  **6945**

As of the petition filing date, the claim is: *Check all that apply.*  **$9,367.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  No  ☐ Yes

---

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,873.28** |
|---|---|---|---|

**Tompkins Metal Finishing**

6 Apollo Dr
Batavia, NY 14020-3002

Date(s) debt was incurred

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,693.50** |
|---|---|---|---|

**Tonnard MFG Corp.**

715 Spring St
Corry, PA 16407-2125

Date(s) debt was incurred

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |
|---|---|---|---|

**Toyotalift Northeast, LLC**

PO Box 21996
New York, NY 10001

Date(s) debt was incurred

Last 4 digits of account number   **4560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.09** |
|---|---|---|---|

**Twisted Metal Inc.**

1645 Lyell Ave Ste 154
Rochester, NY 14606-2331

Date(s) debt was incurred

Last 4 digits of account number   .

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,830.14** |
|---|---|---|---|

**ULINE**

PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred

Last 4 digits of account number   **6393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.87** |
|---|---|---|---|

**UPS**

PO Box 809488
Chicago, IL 60680-9488

Date(s) debt was incurred

Last 4 digits of account number   **RRO7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.75** |
|---|---|---|---|

**Upstate Metrology Inc.**

6388 Niver Rd
Conesus, NY 14435-9514

Date(s) debt was incurred

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?    No ☐  Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __$1,275.08__ |
|---|---|---|---|

**Van Hook Service Co., Inc.**

76 Seneca Ave
Rochester, NY 14621-2317

Date(s) debt was incurred

Last 4 digits of account number

◊ Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | __$27,647.06__ |
|---|---|---|---|

**VI Manufacturing**

164 Orchard St
Webster, NY 14580-3123

Date(s) debt was incurred

Last 4 digits of account number    2251

**0** Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __$11,448.00__ |
|---|---|---|---|

**Virtuous Cleaning Service**

111 Throop St
Palmyra, NY 14522-1117

Date(s) debt was incurred

Last 4 digits of account number

◊ Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __$737.23__ |
|---|---|---|---|

**VVG Befestigungstechnik GmbH & Co.**

Friedrich-Wohler-Strabe 44
Neumunster, Germany   24536-

Date(s) debt was incurred

Last 4 digits of account number    3457

◊ Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __$573.01__ |
|---|---|---|---|

**W.B. Mason**

PO Box 981101
Boston, MA 02298-1101

Date(s) debt was incurred

Last 4 digits of account number    1570

◊ Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | __$4,048.49__ |
|---|---|---|---|

**Wilson Tool International, Inc.**
CM# 9676
PO Box 70870
Saint Paul, MN 55170-0001

Date(s) debt was incurred

Last 4 digits of account number

◊ Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __$96,478.14__ |
|---|---|---|---|

**Yarde Metals, Inc.**

PO Box 781227
Philadelphia, PA 19178-1227

Date(s) debt was incurred

Last 4 digits of account number    6112

**0** Contingent
◊ Unliquidated
◊ Disputed

Basis for the claim:

Is the claim subject to offset?   No   ◊ Yes

---

**List Others to Be Notified About Unsecured Claims**

| Debtor | **Seisenbacher Inc.** | Case number ,Ar known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Partl or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,070,585.20 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | 2,070,585.20 |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022, Doc 1, Filed 01/19/21, Entered 01/19/21 18:36:26, Description: Main Document , Page 47 of 53

Debtor name    **Seisenbacher Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Welding Tables** | |
| | State the term remaining | **28 Months and 12 Months** | **Bluco Corporation** |
| | List the contract number of any government contract | **18741-1; 18741-4** | **1510 Frontenac Rd**<br>**Naperville, IL 60563-1755** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Emmegi** | |
| | State the term remaining | **9 Months** | **Intech Funding Corp.** |
| | List the contract number of any government contract | | **201 E Huntington Dr Ste 201**<br>**Monrovia, CA 91016-8010** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Printers** | |
| | State the term remaining | **11 Months and 54 Months** | **Konica Minolta Premier Finance** |
| | List the contract number of any government contract | **5072454; 25409855; 62049309** | **PO Box 41602**<br>**Philadelphia, PA 19101-1602** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Towmotor** | |
| | State the term remaining | **47 Months** | **ProLift, Inc.** |
| | List the contract number of any government contract | **162658** | **1835 Dale Rd**<br>**Buffalo, NY 14225-4909** |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description: Main Document , Page 48 of 53

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | **10465308** | **Toyota Industries Commercial Finance Inc**<br>**PO Box 660926**<br>**Dallas, TX 75266-0926** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor name    **Seisenbacher Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known) _____

⬩ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

⬩ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Seienbacher GmbH** | | **City of Rochester** | ❏ D |
| | | | | ■ E/F    3.29 |
| | | | | ⬩ G _____ |

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Debtor name   **Seisenbacher Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK, ROCHESTER DIVISION

Case number(if known) _____

❑   Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

I a. **Real property:**
    Copy line 88 *fromSchedule A/B* ............................................................................................................   0.00

1b. **Total personal property:**
    Copy line 91A *fromSchedule A/B* ...........................................................................................................   490,058.08

1c. **Total of all property:**
    Copy line 92 *fromSchedule A/B* ............................................................................................................   $   490,058.08

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column *A1mount of claim,* from line 3 of *Schedule D* .........   $   0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a o*Schedule E/F* ............................................................   0.00

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b *dichedule E/F* ................................   +$   2,070,585.20

4.   **Total liabilities**
     Lines 2 + 3a + 3b ...................................................................................................................................   2,070,585.20

Software Copyright (c) 2021 CI NGroup - www.cincompass.com

Case 2-21-20022,   Doc 1,   Filed 01/19/21,   Entered 01/19/21 18:36:26, Description:
Main Document , Page 51 of 53

## SHAREHOLDER ACTION BY WRITTEN CONSENT WITHOUT A MEETING

I, Werner Pumhosel, the undersigned and representative of Siesenbacher GmbH ("GmbH"), which holds 100% of the outstanding shares of Siesenbacher Inc. (the "Company"), a New York corporation, do hereby certify that the following is a true and correct copy of the written consent of Siesenbacher, dated January 15, 2021, and that the said written consent has not been modified or rescinded and are still in full force and effect on the date hereof:

> **WHEREAS,** after due consideration, it is desirable and in the best interest of the Company, its creditors, shareholders, and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of Subchapter V of Title 11, United States Code (the "Bankruptcy Case"), 11 U.S.C. §§101 et seq. (the "Bankruptcy Code"); it is hereby

> **RESOLVED,** that Mr. Andrew Callahan hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petitions under the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Western District of New York at such time as the authorized representative executing the petition on behalf of the Company shall determine, and it is further

> **RESOLVED,** that Mr. Callahan is authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the Bankruptcy Case; and it is further

> **RESOLVED,** that Mr. Callahan is authorized and directed, on behalf of and in the name of the Company, to retain the law firm of Nixon Peabody LLP as bankruptcy counsel to the Company; and it is further

> **RESOLVED,** that Mr. Callahan is authorized and directed, on behalf of and in the name of the Company, to retain of Epiq Corporate Restructuring, LLC as claims and administrative agent to the Company; and it is further

> **RESOLVED,** that Mr. Callahan is authorized and empowered to cause the Company as deemed appropriate to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in his judgment, necessary, proper or desirable to

prosecute the Bankruptcy Case and to carry out and put into effect the purposes of the foregoing resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED,** that any and all past actions heretofore taken by Mr. Callahan, officers of the Company, and the Board, in the name of an on behalf of the Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified and approved.

**IN WITNESS WHEREOF,** I have hereunto set my hands this 15th day of January, 2021.

By: _____

12537092.1
4817-2144-3539.3