UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
**In re:** : **Case No. 21-20022 (PRW)**
: 
**SEISENBACHER INC.,** : Subchapter V
: 
**Debtor.**[1] :
---------------------------------------------------------------x

**NOTICE OF (A) ENTRY OF CONFIRMATION ORDER WITH RESPECT TO PLAN, (B) OCCURRENCE OF EFFECTIVE DATE, AND (C) DEADLINES/PROCEDURES ASSOCIATED THEREWITH**

**TO ALL CREDITORS AND PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASE:**

**PLEASE TAKE NOTICE** that on April 15, 2021, Seisenbacher Inc. (the "Debtor") filed the *Amended Plan of Liquidation Dated April 15, 2021* [Docket No. 124] (the "Plan"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that:

1. Entry of Confirmation Order: On June 2, 2021, the United States Bankruptcy Court for the Western District of New York ("Bankruptcy Court") entered an order confirming the Plan [Docket No. 175] (the "Confirmation Order").

2. Effective Date of Plan: The Effective Date of the Plan occurred as of **June 7, 2021** (the "Effective Date"). Each of the conditions precedent to the Effective Date has been satisfied or waived in accordance with the terms of the Plan. The Debtor has waived the condition precedent set forth in Section 8.02(E).

3. Administrative Claims Bar Date. Pursuant to Article 3.02 of the Plan, any requests for payment of Administrative Claims must be filed and served on the Debtor no later than the date that is thirty-five (35) days after the Effective Date (the "Administrative Claims Bar Date"). Pursuant to Bankruptcy Rule 3003(c)(2), any entity that is required to file an Administrative Claim pursuant to the terms of the Confirmation Order, but that fails to do so by the Administrative Bar Date: (i) shall not receive a distribution under the Plan, unless the Bankruptcy Court orders otherwise; and (ii) shall be bound by the terms of (a) the Plan, or (b) any other order that authorizes the winding up of the Debtor's estate.

Each requests for payment of an Administrative Claim must (i) be in writing; (ii) state the amount of the Administrative Claim (iii) set forth the date(s) when such Administrative Claim

---

[1] The last four digits of the Debtor's federal tax identification number are 1744.

4847-0877-3076.1

arose or accrued; (iv) provide a detailed statement of the legal and factual basis for the Administrative Claim; and (v) attach documentary evidence providing a basis for, or otherwise supporting, the Administrative Claim.

Dated: June 7, 2021
     New York, NY                      NIXON PEABODY LLP

                                        /s/*Christopher M. Desiderio*_____
                                        Christopher M. Desiderio
                                        Christopher J. Fong
                                        55 West 46th Street
                                        New York, NY 10036
                                        Telephone: 212-940-3724
                                        Facsimile: 855-900-8613
                                        cdesiderio@nixonpeabody.com
                                        cfong@nixonpeabody.com

                                        *Counsel to the Debtor and Debtor in Possession*